**52**

Coleco Taylor BEST, Plaintiff–
Appellant,

v.

Travis R. SPARKS; Matt Miller; Chuck
Arnold; Aaron Cantwell; Jerimee
Hooker; Deputy Howell; Chris
Worth; Michael Dawson; Brian Daw-
son; Charles Shaeffer, Defendants–
Appellees.

No. 14–6168.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 27, 2014.

Decided: April 1, 2014.

Coleco Taylor Best, Appellant Pro Se.

Before MOTZ, Circuit Judge, and
HAMILTON and DAVIS, Senior Circuit
Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Coleco Taylor Best appeals the district
court's order dismissing as frivolous his
civil rights complaint. We have reviewed
the record and find no reversible error.
Accordingly, we affirm for the reasons
stated by the district court. *Best v.
Sparks,* No. 5:13–ct–03140–FL (E.D.N.C.
Jan. 8, 2014). We dispense with oral argu-
ment because the facts and legal conten-
tions are adequately presented in the ma-
terials before this court and argument
would not aid the decisional process.

*AFFIRMED.*